UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THERESA COLE,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Joint Motion to Continue Trial, All Hearings and Deadlines, and for Findings of an Ends of Justice Continuance **(#15).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#15)** will be heard at the Motions Hearing previously scheduled in this case for **March 30, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 21st day of March, 2007

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge