UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THERESA COLE,

       Defendant.

---

## ORDER RESETTING MOTIONS HEARING

---

Pursuant to the agreement of the parties,

**IT IS ORDERED** that the Motions Hearing currently set for **March 30, 2007 at 4:00 p.m. is VACATED** and reset to **March 30, 2007 at 10:30 a.m.** in Courtroom A901, Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO.

Dated this 29th day of March, 2007

BY THE COURT:

_Marcia S. Krieger_

_____

Marcia S. Krieger
United States District Judge