UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THERESA COLE,

        Defendant.

## JUDGMENT OF ACQUITTAL ON COUNT 1

Pursuant to the Court's ruling on Defendant Theresa Cole's motion for a judgment of acquittal under Fed. R. Crim. P. 29,

**IT IS THE JUDGMENT OF THE COURT** that Defendant Theresa Cole is **ACQUITTED** on Count 1 asserted against her in the Superseding Indictment.

Dated this 19th day of April, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge