# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THERESA COLE,

      Defendant.

_____

## ORDER REGARDING CUSTODY OF EXHIBITS
_____

      IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits used during this case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings.  Failure to retrieve the exhibits in this matter in conformance with this Order may result in their destruction..

      DATED this 2nd day of May, 2007.

                                **BY THE COURT:**

                         *Marcia S. Krieger*

                         _____

                         Marcia S. Krieger
                         United States District Judge