UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THERESA COLE,

       Defendant.

---

## ORDER RESETTING SENTENCING HEARING

       THIS MATTER is before the Court *sua sponte*. Due to a scheduling conflict,

       **IT IS ORDERED** that the sentencing hearing currently scheduled to commence on **July 9, 2007 is VACATED** and **RESET** to **July 16, 2007 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       Dated this 9th day of May, 2007

       **BY THE COURT:**

*Marcia S. Krieger*
Marcia S. Krieger
United States District Judge