UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00053-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THERESA COLE,

    Defendant.

---

**ORDER SETTING SENTENCING HEARING**

---

**IT IS ORDERED** that a sentencing hearing is set for **Monday, February 4, 2008** at **1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 4th day of December, 2007.

    **BY THE COURT:**

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge